Hezekiah Gray vs. Brigantine *Beauty,* 1749

·Colony of Rhode Island etc. At a Court of Vice Admiralty Held at Newport in the Colony aforesaid on Wednesday the Twentieth of December A. D: 1749

Before the Honble Samuel Wickham Esqr Dy Judge
The Court being opened.